B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT **Northern District of Illinois** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): White, Michael, David | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3625 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 640 West Aldine  Apt 2 Chicago IL                             ZIP CODE 60657 | Street Address of Joint Debtor (No. and Street, City, and State):                             ZIP CODE |
| County of Residence or of the Principal Place of Business: Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): 39 South LaSalle Street Suite 822 Chicago IL                             ZIP CODE 60603 | Mailing Address of Joint Debtor (if different from street address):                             ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                             ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
MAY 22 2013
KENNETH S. GARDNER, CLERK
U.S. REP. - CIV
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (12/11)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Michael David White |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Michael David White |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
312-919-8800
Telephone Number (if not represented by attorney)
5/22/13
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Michael David White             Case No._____

        Debtor                                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

   ❐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: ____5/22/13____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re  Michael David White_____,
                    Debtor

Case No. _____

Chapter  7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 1 | $ 3,775.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 24 | | $ 754,733.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 171,247.04 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,598.37 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,140.13 |
| TOTAL | | | $ 3,775.00 | $ 925,980.56 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re  Michael David White_____,

          Debtor

Case No. _____

Chapter  7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 754,733.52 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 754,733.52 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 2,598.37 |
| Average Expenses (from Schedule J, Line 18) | $ 2,140.13 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,423.46 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 754,733.52 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 171,247.04 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 171,247.04 |

B6A (Official Form 6A) (12/07)

In re Michael David White _____,                   Case No. _____
          **Debtor**                                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Ownership of beneficial interest in land trusts including Chicago Title Land Trusts 10061, 10062, 10063, 10064, 10310, 10311. Debtor is not aware of any properties of value held by the trusts. If there are any properties with value, any equity would go to the bank which holds a collateral assignment of beneficial interest in the land trusts. | Beneficial interest in land trust. | | $0.00 | $0.00 |
| | | Total➤ | $0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  Michael David White _____,                    Case No. _____
                          **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | | | $50.00 |
| 2.  Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | checking account | | $1,000.00 |
| 3.  Security deposits with public util- ities, telephone companies, land- lords, and others. | | Secured credit card. | | $600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 30 books. | | $25.00 |
| 6.  Wearing apparel. | | 2 suits, a raincoat, 2 winter coats, 10 dress shirts, 3 pairs dress shoes, 1 pair running shoes. ▣ | | $1,000.00 |
| 7.  Furs and jewelry. | | | | |
| 8.  Firearms and sports, photo- graphic, and other hobby equipment. | | Camera | | $50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities.  Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Michael David White_____,        Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Michael David White                                              ,          Case No. _____
          **Debtor**                                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, Printer, Desk, Drafting Chair, Tool Box, 20 File Boxes, Wooden Tool Box, Plastic Tool Box. | | $1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | | | |

_____continuation sheets attached       Total➤    $ 3,725.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re  Michael David White                                    ,              Case No. _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking account, clothes, computer, printer, camera, books, tool boxes, security deposit. | 735 Ill. Comp. Stat. 5/12-1001 (b) | $4,000.00 | $3,725.00 |

*  *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____**continuation sheets attached**

B6D (Official Form 6D) (12/07)

In re  Michael David White                    ,     Case No. _____
           **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 0.00 | $ 0.00 |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re  Michael David White                    ,          Case No._____
                    **Debtor**                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (4/10) – Cont.

In re <u>Michael David White</u>                    ,        Case No._____

                    **Debtor**                                                **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re _Michael David White_____,   Case No. _____
     **Debtor**              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0023711 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,281.46 | $1,281.46 | $0.00 |
| Account No. 0025100 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,688.09 | $1,688.09 | $0.00 |
| Account No. 0035033 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,613.66 | $1,613.66 | $0.00 |
| Account No. 0037601 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,251.96 | $1,251.96 | $0.00 |

Sheet no. _1_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

              Subtotals➤   $ 5,835.17   $ 5,835.17   0.00
             (Totals of this page)

              Total➤   $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

              Totals➤        $     $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____ ,     Case No. _____
         **Debtor**                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0039415<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,416.32 | $1,416.32 | $0.00 |
| Account No. 0104555<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,150.11 | $2,150.11 | |
| Account No. 0115396<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,227.10 | $1,227.10 | $0.00 |
| Account No. 0131176<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,351.55 | $2,351.55 | |

Sheet no. _2_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 7,145.08    $ 7,145.08    0.00

Total▶
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)    $

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,        Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 138563 <br><br> City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $35,686.00 | $35,686.00 | |
| Account No. 9910740 <br><br> City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $5,090.13 | $5,090.13 | $0.00 |
| Account No. 9928107 <br><br> City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,241.69 | $2,241.69 | $0.00 |
| Account No. 0033105680 <br><br> City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $122.00 | $122.00 | $0.00 |

Sheet no. _3_ of _24_ continuation  sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)
$ 43,139.82        $ 43,139.82        0.00

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)
$

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)
$        $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                        ,        Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0033545876<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $73.20 | $73.20 | $0.00 |
| Account No. 0035010615<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $122.00 | $122.00 | $0.00 |
| Account No. 00M1401589<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $10,000.00 | $10,000.00 | $0.00 |
| Account No. 00M1401687<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $3,500.00 | $3,500.00 | $0.00 |

Sheet no. _4_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)  |  $ 13,695.20  |  $ 13,695.20  |  0.00

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)  |  $

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  |  $  |  $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____,        Case No. _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 01C021909<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $15,579.54 | $15,579.54 | $0.00 |
| Account No. 01M1400520<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $12,000.00 | $12,000.00 | $0.00 |
| Account No. 01M1401950<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $15,000.00 | $15,000.00 | $0.00 |
| Account No. 01M1607095<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $675.00 | $675.00 | |

Sheet no. _5_ of _24_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► (Totals of this page) | $ 43,254.54 | $ 43,254.54 | 0.00 |

Total►
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)                    $

Totals►
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $          $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____,    Case No. _____
                    **Debtor**                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes & certain debts owed to governmental units.
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 02BS05789A <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $3,439.05 | $3,439.05 | $0.00 |
| Account No. 02CP007713 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 02CP007714 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 02CP02060A <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $50.00 | $50.00 | $0.00 |

Sheet no. _6_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤  $ 3,539.05 | $ 3,539.05 | 0.00
(Totals of this page)

Total➤  $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals➤   $ | $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                          ,          Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 02CP02061A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $50.00 | $50.00 | $0.00 |
| Account No. 02CP02756A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 02CP02757A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 02DS009711<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,437.98 | $2,437.98 | |

Sheet no. _7_ of _24_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) | $ 2,537.98 | $ 2,537.98 | 0.00

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                               ,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 03BS02559A <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $4,707.57 | $4,707.57 | $0.00 |
| Account No. 03CP016913 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 03CP016914 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 03CP047710 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |

Sheet no. _8_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals► (Totals of this page)  $ 4,782.57  |  $ 4,782.57  |  0.00

Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)  $

Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   |   $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,    Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 03CP047711<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 03CP061237<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $5,968.41 | $5,968.41 | $0.00 |
| Account No. 03CP061238<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $11,005.04 | $11,005.04 | $0.00 |
| Account No. 03M1400373<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $14,000.00 | $14,000.00 | $0.00 |

Sheet no. 9 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)     $ 30,998.45    $ 30,998.45    0.00

Total ▶     $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals ▶     $       $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____,   Case No. _____
            **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 03M1400733 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $7,000.00 | $7,000.00 | $0.00 |
| Account No. 03M1403971 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $15,000.00 | $15,000.00 | $0.00 |
| Account No. 04BNOO012A <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $3,732.53 | $3,732.53 | $0.00 |
| Account No. 04CP00307A <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |

Sheet no. _10_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 25,757.53   $ 25,757.53   0.00

Total▶ $
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

Totals▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)           $           $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,     Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 04CP00345A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 04CP01434A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 04CP01435A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $25.00 | $25.00 | $0.00 |
| Account No. 04DS004787<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,134.44 | $2,134.44 | $0.00 |

Sheet no. 11 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ 2,209.44 | $ 2,209.44 | 0.00 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____,   Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 04DS006716 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $965.21 | $965.21 | $0.00 |
| Account No. 04DS019184 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,059.72 | $1,059.72 | $0.00 |
| Account No. 04M1610577 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $2,025.00 | $2,025.00 | $0.00 |
| Account No. 05DS009751 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,623.37 | $1,623.37 | $0.00 |

Sheet no. 12 of 24 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)　$ 5,673.30　$ 5,673.30　0.00

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)　$

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)　$　$

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,        Case No. _____
                     **Debtor**                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 06BS03554A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $9,803.91 | $9,803.91 | $0.00 |
| Account No. 06DS00508L<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,812.77 | $2,812.77 | $0.00 |
| Account No. 06DS007528<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,937.31 | $1,937.31 | $0.00 |
| Account No. 07BS06253A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $12,747.94 | $12,747.94 | $0.00 |

Sheet no. 13 of 24 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)     $ 27,301.93    $ 27,301.93    0.00

Total➤
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)     $

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $          $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White _____ ,        Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 07M1402912<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $62,976.00 | $62,976.00 | $0.00 |
| Account No. 07M1642535<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $7,050.00 | $7,050.00 | $0.00 |
| Account No. 08BS08854A<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $9,052.44 | $9,052.44 | $0.00 |
| Account No. 08DS003748<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $853.05 | $853.05 | $0.00 |

Sheet no. 14 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $ 79,931.49    $ 79,931.49    0.00

Total➤
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,     Case No. _____
                    **Debtor**                                **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 08DS012184 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $469.94 | $469.94 | $0.00 |
| Account No. 08M1402085 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $63,264.00 | $63,264.00 | $0.00 |
| Account No. 08M1656087 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $0.00 | $0.00 | $0.00 |
| Account No. 08M1656841 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $525.00 | $525.00 | $0.00 |

Sheet no. 15 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 64,258.94    $ 64,258.94    0.00

Total▶   $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶        $        $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                                    ,          Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 08M1665051<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,525.00 | $1,525.00 | |
| Account No. 08M1665538<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,025.00 | $1,025.00 | |
| Account No. 09CP000225<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,712.55 | $1,712.55 | |
| Account No. 09CP000226<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $559.87 | $559.87 | |

Sheet no. _16_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 4,822.42   $ 4,822.42   0.00

Total▶   $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶   $   $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                                    ,        Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 09CP000227<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,712.55 | $1,712.55 | |
| Account No. 09CP000228<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $559.87 | $559.87 | |
| Account No. 09CP000229<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,712.55 | $1,712.55 | |
| Account No. 09CP000230<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $559.87 | $559.87 | |

Sheet no. _17_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤<br>(Totals of this page) | $ 4,544.84 | $ 4,544.84 | 0.00 |
|---|---|---|---|---|
|  | Total➤<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | |
|  | Totals➤<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                                    ,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes & certain debts owed to governmental units.
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 09CP000231 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,712.55 | $1,712.55 | |
| Account No. 09CP000242 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $559.87 | $559.87 | |
| Account No. 09CP001980 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $4,676.59 | $4,676.59 | |
| Account No. 09CP001986 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $14,591.69 | $14,591.69 | |

Sheet no. 18 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 21,540.70    $ 21,540.70    0.00

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,          Case No. _____
                    **Debtor**                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 09M1655210 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $6,540.00 | $6,540.00 | |
| Account No. 09M1656818 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $340.00 | $340.00 | |
| Account No. 09M1656824 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $340.00 | $340.00 | |
| Account No. 09M1656846 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $340.00 | $340.00 | |

Sheet no. 19 of 24 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)   $ 7,560.00   $ 7,560.00   0.00

Total▶
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)   $

Totals▶
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,     Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 09M1656849<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $340.00 | $340.00 | |
| Account No. 09M1657158<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $2,840.00 | $2,840.00 | |
| Account No. 09M1657160<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $8,840.00 | $8,840.00 | |
| Account No. 09M1657325<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $1,040.00 | $1,040.00 | |

Sheet no. 20 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ $ 13,060.00   $ 13,060.00   0.00
(Totals of this page)

Total▶  $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶      $        $
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                                                ,          Case No. _____
                  **Debtor**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 09M1657485 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,040.00 | $1,040.00 | |
| Account No. 09M1657488 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,040.00 | $1,040.00 | |
| Account No. 09M1659905 <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $1,040.00 | $1,040.00 | |
| Account No. 12DS44049L <br><br> City of Chicago <br> 121 N LaSalle Street <br> Chicago IL 60602 | | | Building violations. | | | | $2,307.12 | $2,307.12 | |

Sheet no. 21 of 24 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) | $ 5,427.12 | $ 5,427.12 | 0.00

Total▶
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.) | $

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White                              ,        Case No. _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 98M6004320<br><br>City of Chicago<br>121 N LaSalle Street<br>Chicago IL 60602 | | | Building violations. | | | | $30,000.00 | $30,000.00 | |
| Account No. 98 CO 19<br><br>Cook County<br>69 W Washington<br>Chicago IL 60602 | | | Indemnity fund. | | | | $36,000.00 | $36,000.00 | |
| Account No. P16158123 2005<br><br>Illinois Department of Revenue<br>101 W Jefferson<br>Springfield IL 62702 | | | Income taxes for 2005. | | | | $1,156.12 | $1,156.12 | |
| Account No. P16158123 2007<br><br>Illinois Department of Revenue<br>101 W Jefferson<br>Springfield IL 62702 | | | Income taxes for 2007. | | | | $633.30 | $633.30 | |

Sheet no. 22 of 24 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 67,789.42    $ 67,789.42    0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re <u>Michael David White</u>                         ,   Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes & certain debts owed to governmental units.
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. P16158123 2008 <br><br> Illinois Department of Revenue <br> 101 W Jefferson <br> Springfield IL 62702 | | | Income Taxes for 2008. | | | | $139.42 | $139.42 | |
| Account No. P16158123 2010 <br><br> Illinois Department of Revenue <br> 101 W Jefferson <br> Springfield IL 62702 | | | Income Taxes for 2010. | | | | $509.50 | $509.50 | |
| Account No. P16158123 2011 <br><br> Illinois Department of Revenue <br> 101 W Jefferson <br> Springfield IL 62702 | | | Income Taxes for 2011. | | | | $1,410.00 | $1,410.00 | |
| Account No. 3625  1997 <br><br> Internal Revenue Service <br> 230 S Dearborn <br> Chicago IL 60604 | | | Income Taxes for 1997 | | | | $53,445.71 | $53,445.71 | |

Sheet no. <u>23</u> of <u>24</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   | $ 55,504.63 | $ 55,504.63 | 0.00

Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)   | $ | | |

Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re  Michael David White_____,   Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes & certain debts owed to governmental units.

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx xx 3625 | | | | | | | | | |
| Internal Revenue Service 230 S Dearborn Chicago IL 60604 | | | 1998 Federal Income Taxes | | | | $58,464.07 | $58,464.07 | |
| Account No. xxx xx 3625 | | | | | | | | | |
| Internal Revenue Service 230 S Dearborn Chicago IL 60604 | | | 1999 Federal Income Taxes | | | | $51,483.52 | $51,483.52 | |
| Account No. xxx xx 3625 | | | | | | | | | |
| Internal Revenue Service 230 S Dearborn Chicago IL 60604 | | | 2000 Federal Payroll Penalty + Interest | | | | $100,771.18 | $100,771.18 | |
| Account No. xxx xx 3625 | | | | | | | | | |
| Internal Revenue Service 230 S Dearborn Chicago IL 60604 | | | 2007 Federal Income Taxes | | | | $3,695.91 | $3,695.91 | |

Sheet no. _24_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)  $ 214,414.68 | $ 214,414.68 | 0.00

Total▶ $ 754,733.52
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)   $ 754,733.52 | $ 0.00

B6F (Official Form 6F) (12/07)

In re  Michael David White_____,          Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 026427123-01 | | | | | | | |
| Afni Inc. Dept 555 PO Box 4115 Concord CA 94524 | | | Utility | | | | $120.54 |
| ACCOUNT NO. 034897778-01 | | | | | | | |
| Afni Inc. PO Box 1637 Southgate MI 48195 | | | Utility | | | | $306.10 |
| ACCOUNT NO. 00057309 | | | | | | | |
| Allen Daniel Associates Inc. PO Box 541614 Waltham MA 02454-1614 | | | Utility | | | | $324.93 |
| ACCOUNT NO. 4389633 | | | | | | | |
| Allen Maxwell & Silver 190 Sylvan Avenue Englewood Cliffs NJ 07632 | | | Software Services | | | | $585.00 |

Subtotal▶  $ 1,336.57

_15_ continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,          Case No. _____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. P50120487 <br><br> Allied Interstate Inc. <br> 3000 Corporate Exchange Dr <br> 5th Floor <br> Columbus OH 43231 | | | Credit Card | | | | $1,272.66 |
| ACCOUNT NO. 7726 7401 0108 6295 <br><br> Aspire <br> PO Box 23007 <br> Columbus GA <br> 31902-3007 | | | Credit Card | | | | $2,430.95 |
| ACCOUNT NO. 22664855 <br><br> Associated Recovery Systems <br> PO Box 463023 <br> Escondido CA 92046-0765 | | | Credit Card | | | | $4,296.45 |
| ACCOUNT NO. 11-04324 <br><br> Blitt and Gaines, P.C. <br> 661 W Glenn Ave <br> Wheeling IL 60090 | | | Credit Card | | | | $3,503.51 |
| ACCOUNT NO. 191553 <br><br> Budzik & Dynia, LLC <br> 4849 N Milwaukee Ave. #801 <br> Chicago IL 60630 | | | Credit Card | | | | $3,016.25 |

Sheet no. _1_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $ 14,519.82

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,       Case No. _____
_____Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178 0572 9905 8995 <br><br> Capital One <br> PO Box 30285 <br> Salt Lake City UT <br> 84130-0285 | | | Credit Card | | | | $2,766.17 |
| ACCOUNT NO. 4120613062922452 <br><br> Cardworks Servicing, LLC <br> PO Box 9201 <br> Old Bethpage NY 11804 | | | Credit Card | | | | $3,645.13 |
| ACCOUNT NO. 6019 1803 3047 8450 <br><br> CareCredit / GE Money Bank <br> PO Box 960061 <br> Orlando FL 32896-0061 | | | Credit Card | | | | $2,235.34 |
| ACCOUNT NO. 4120613062922452 <br><br> Carson Smithfield, LLC <br> PO Box 9216 <br> Old Bethpage NY 11804 | | | Credit Card | | | | $3,645.13 |
| ACCOUNT NO. 14069873 <br><br> Cavalry Portfolio Services, LLC <br> PO Box 1017 <br> Hawthorne NY 10532 | | | Credit Card | | | | $2,170.63 |

Sheet no. _2_ of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 14,462.40

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re  Michael David White_____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5489555118247586<br><br>Central Portfolio Control, Inc.<br>6640 Shady Oak Rd #300<br>Eden Prairie MN<br>55344-7710 | | | Credit Card | | | | $2,227.79 |
| ACCOUNT NO. CC 10061<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $1,445.00 |
| ACCOUNT NO. CC 10062<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $1,370.00 |
| ACCOUNT NO. CC 10063<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $1,370.00 |
| ACCOUNT NO. CC 10064<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $1,480.00 |

Sheet no. _3_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 7,892.79

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re  Michael David White_____,          Case No. _____
    **Debtor**              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CC 10310<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $435.00 |
| ACCOUNT NO. CC 10311<br><br>Chicago Title Land Trust Company<br>10 S LaSalle St #2750<br>Chicago IL 60603 | | | Land Trust | | | | $1,635.00 |
| ACCOUNT NO. 62-2122-0261-0901-7<br><br>ConEdison<br>4 Irving Place<br>New York NY 10003 | | | Utility | | | | $442.25 |
| ACCOUNT NO. 007737685<br><br>Constar Financial Services, LLC<br>3561 W Bell Rd<br>Phoenix AZ 85053 | | | Credit Card | | | | $1,272.66 |
| ACCOUNT NO. 01521396140<br><br>Credit Protection Association L.P.<br>25-20 Brooklyn Queens Expwy<br>Woodside NY 11377 | | | Credit Card | | | | $107.90 |

Sheet no. _4_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3,892.81

Total▶ | $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,          Case No. _____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 79450119044047078<br><br>Dell Financial Services<br>PO Box 81577<br>Austin TX 78708-1577 | | | Credit Card | | | | $4,296.45 |
| ACCOUNT NO. 8620143<br><br>Diversified Adjustment Service, Inc.<br>PO Box 32145<br>Fridley MN 55432 | | | Utility | | | | $764.11 |
| ACCOUNT NO. 191553<br><br>Dynia & Associates, LLC<br>4849 N Milwaukee Ave. #801<br>Chicago IL 60630 | | | Credit Card | | | | $3,016.25 |
| ACCOUNT NO. 9232231<br><br>Echelon Recovery Inc.<br>PO Box 1880<br>Vorhees NJ 08043 | | | Credit Card | | | | $1,945.68 |
| ACCOUNT NO. 166599113<br><br>FBCS Services<br>2200 Byberry Rd Suite 120<br>Hatboro PA 19040-3737 | | | Credit Card | | | | $3,645.13 |

Sheet no. _5_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 13,667.62

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Michael David White_____,            Case No. _____
                    **Debtor**                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1284640 <br><br> Fidelis Recovery Solutions Inc. 120 Interstate North Parkway SE Atlanta GA 30339 | | | Credit Card | | | | $2,235.34 |
| ACCOUNT NO. <br><br> Gastwirth & Mirsky, LLP 479 S Oyster Bay Rd Plainview NY 11803 | | | Medical | | | | $1,185.67 |
| ACCOUNT NO. 23691395 <br><br> Global Credit & Collection Corp PO Box 71083 Charlotte NC 28272-1083 | | | Credit Card | | | | $2,562.30 |
| ACCOUNT NO. 5458 0015 5638 9025 <br><br> HSBC Payment Center POBox 17313 Baltimore MD 21297-1313 | | | Credit Card | | | | $3,723.35 |
| ACCOUNT NO. X8998782-TT-ST271 <br><br> I.C. System 444 Highway 96 East Saint Paul MN 55127-2557 | | | Utility | | | | $345.66 |

Sheet no._6_of_15_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 10,052.32

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,    Case No. _____
        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12038174 <br><br> J.C. Christensen & Associates, Inc. <br> PO Box 519 <br> Sauk Rapids MN 56379 | | | Credit Card | | | | $1,294.97 |
| ACCOUNT NO. 741636 <br><br> Jacob Collection Group, LLC <br> 2623 West Oxford Loop <br> Oxford MS 38655-5442 | | | Credit Card | | | | $4,271.99 |
| ACCOUNT NO. 120001858602 <br><br> John C. Bonewicz, P.C. <br> 8001 N Lincoln Ave #402 <br> Skokie IL 60077 | | | Credit Card | | | | $3,016.25 |
| ACCOUNT NO. 00627 / 00891 <br><br> Kayspan <br> One Metrotech Center 16th Floor <br> Brooklyn NY 11201 | | | Utility | | | | $405.12 |
| ACCOUNT NO. 163307 <br><br> Kreamer & Associates <br> PO Box 505 <br> Linden MI 48451-0505 | | | Credit Card | | | | $4,519.33 |

Sheet no. _7_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 13,507.66

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,   Case No. _____
     **Debtor**             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10097987-1<br><br>Laser & Skin Surgery Center<br>317 East 34th Street 11 North<br>New York NY 10016 | | | Medical | | | | $1,185.67 |
| ACCOUNT NO. 00627-00891<br><br>Law Office LeSchack & Grodensky<br>20 Thomas St<br>New York NY 10007 | | | Utility | | | | $354.93 |
| ACCOUNT NO.<br><br>Law Office of Jay Geller<br>1 Monument Way #200<br>Portland ME 04101 | | | Legal Fees | | | | $500.00 |
| ACCOUNT NO. 13 M1 116074<br><br>Law Offices Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 S Wacker Dr #400<br>Chicago IL 60606-4440 | | | Credit Card | | | | $4,296.45 |
| ACCOUNT NO. 9025<br><br>Law Offices James A. West, P.C.<br>6380 Rogerdale Rd #130<br>Houston TX 77072-1647 | | | Credit Card | | | | $3,723.35 |

Sheet no. _8_ of _15_ continuation sheets attached       Subtotal➤ | $ 10,060.40
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re  Michael David White _____ ,     Case No. _____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4120 6130 6292 2452<br><br>Merrick Bank<br>PO Box 5721<br>Hicksville NY 11802-5721 | | | Credit Card | | | | $3,561.06 |
| ACCOUNT NO. 8546823037<br><br>Midland Credit Management, Inc.<br>Dept 12421<br>PO Box 603 Oaks PA 19456 | | | Credit Card | | | | $5,463.55 |
| ACCOUNT NO. 6441252<br><br>National Credit Adjusters<br>PO Box 3023<br>Hutchinson KS 67504-3023 | | | Credit Card | | | | $4,933.61 |
| ACCOUNT NO. 704680<br><br>National Recovery Solutions, LLC<br>PO Box 322<br>Lockport NY 14095-0322 | | | Credit Card | | | | $4,339.53 |
| ACCOUNT NO. 00062700891<br><br>NCO Finanacial Systems Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | Utility | | | | $297.93 |

Sheet no. _9 of 15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 18,595.68

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re  Michael David White_____,      Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178 0572 9905 8995 <br><br>NCO Finanacial Systems Inc<br>PO Box 12100<br>Dept 64 Trenton NJ 08650 | | | Credit Card | | | | $2,666.25 |
| ACCOUNT NO. 6044 0710 2518 6244 <br><br>NCO Finanacial Systems Inc<br>PO Box 4906 Dept 64<br>Trenton NJ 08650 | | | Credit Card | | | | $1,142.00 |
| ACCOUNT NO. 6221 2202 6109 01 <br><br>NCO Finanacial Systems Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | Utility | | | | $442.25 |
| ACCOUNT NO. 9K6NS2 <br><br>NCO Finanacial Systems Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | Utility | | | | $259.41 |
| ACCOUNT NO. F74776003-06/12 <br><br>Northland Group Inc.<br>PO Box 390846<br>Minneapolis MN 55439 | | | Credit Card | | | | $2,235.34 |

Sheet no. _10_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 6,745.25

Total➤ | $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,                    Case No. _____
    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5489 5551 1824 7586 <br><br> Orchard Bank <br> HSBC Card Services <br> PO Box 80084 Salinas CA 93912-0084 | | | Credit Card | | | | $1,994.22 |
| ACCOUNT NO. 6044 0710 2518 6244 <br><br> PayPal Buyer Credit <br> PO Box 965004 <br> Orlando FL 32896-5004 | | | Credit Card | | | | $1,272.66 |
| ACCOUNT NO. 12M1169016 <br><br> Precision Recovery <br> PO Box 42829 <br> Austin TX 78704 | | | Credit Card | | | | $1,694.45 |
| ACCOUNT NO. 4018 85561-M2 <br><br> Receivable Management Services <br> PO Box 20543 <br> Lehigh Valley PA 18002 | | | | | | | $71.37 |
| ACCOUNT NO. 966527 <br><br> Riexinger & Associates, LLC <br> PO Box 956188 <br> Duluth GA 30095-9504 | | | Credit Card | | | | $4,432.61 |

Sheet no. 11 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 9,465.31

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Michael David White _____ ,        Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00M1122778 Rotman & Elovitz LTD 134 N LaSalle St Chicago IL 60602 | | | Legal Fees | | | | $8,256.51 |
| ACCOUNT NO. CB8666 RUI Credit Services PO Box 1349 Melville NY 11747-0422 | | | Utility | | | | $442.23 |
| ACCOUNT NO. 302948 Shindler Law Firm 1990 E Algonquin Rd #180 Schaumberg IL 60173 | | | Credit Card | | | | $2,273.19 |
| ACCOUNT NO. 75 Spice Towers LLC 1274 49th St #117 Brooklyn NY 11219 | | | Rent | | | | $5,700.00 |
| ACCOUNT NO. 0625378094-2 Sprint PO Box 660092 Dallas TX 75266-0092 | | | Utility | | | | $813.29 |

Sheet no. 12 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 17,485.22

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,          Case No. _____
              **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 02082216<br><br>SRA Associates, Inc.<br>401 Minnetonka Rd<br>Hi Nella NJ 08083 | | | Credit Card | | | | $4,296.45 |
| ACCOUNT NO. 9602916<br><br>Sunrise Credit Services, Inc<br>PO Box 9100<br>Farmingdale NY 11735-9100 | | | Credit Card | | | | $3,723.35 |
| ACCOUNT NO. 08-018959<br><br>Sysnet Credit Management, Inc.<br>PO Box 15<br>Westfield NJ 07091 | | | Medical | | | | $260.00 |
| ACCOUNT NO. 8150 13 001 1424492<br><br>Time Warner Cable<br>41-61 Kissena Blvd<br>Flushing NY 11355-3189 | | | Utility | | | | $176.92 |
| ACCOUNT NO. 13079296<br><br>United Recovery Systems LP<br>PO Box 6403<br>Carol Stream IL 60197-6403 | | | Credit Card | | | | $3,768.81 |

Sheet no. 13 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 12,225.53

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White _____,
          **Debtor**

Case No. _____
                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 14474362<br><br>United Recovery Systems LP<br>PO Box 722929<br>Houston TX 77272-2929 | | | Credit Card | | | | $3,723.35 |
| ACCOUNT NO. 010934578-01-0213<br><br>Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence MA 01842 | | | Credit Card | | | | $4,296.45 |
| ACCOUNT NO. 14069873<br><br>Vision Financial Corp<br>PO Box 460260<br>St. Louis MO 63146-7260 | | | Credit Card | | | | $2,185.20 |
| ACCOUNT NO. 16518497<br><br>Vision Financial Corp<br>PO Box 460260<br>St. Louis MO 63146-7260 | | | Credit Card | | | | $1,326.53 |
| ACCOUNT NO. 242073645<br><br>West Asset Management<br>PO Box 790113<br>St Louis MO 63179-0113 | | | Utility | | | | $120.54 |

Sheet no. 14 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 11,652.07

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (12/07) - Cont.

In re Michael David White_____,        Case No. _____
        **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8925872<br><br>Midwest Neuropsychiatric Associates, LTD.<br>1725 W Harrison #744<br>Chicago IL 60612-3885 | | | Medical | | | | $347.00 |
| ACCOUNT NO. 5947233<br><br>EOS CCA<br>700 Longwater Drive<br>Norwell MA 02061 | | | Utility | | | | $361.90 |
| ACCOUNT NO. 24467237<br><br>Linebarger Goggan Blair & Simpson<br>P.O. Box 06140<br>Chicago IL 60606-0140 | | | Income taxes | | | | $4,976.69 |
| ACCOUNT NO. 07M1-409212<br><br>Markoff Law LLC<br>29 N Wacker Drive Suite 550<br>Chicago IL 60606 | | | Building Violations | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. 15 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 5,685.59

Total► $ 171,247.04
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  Michael David White                          ,          Case No._____
           **Debtor**                                                         **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re <u>Michael David White</u> ,                    Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  Michael David White                                      ,          Case No. _____
           **Debtor**                                                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status:<br>Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:**<br>Occupation  banking | DEBTOR | SPOUSE |
| Name of Employer  Emery Federal Credit Union | | |
| How long employed  2 Years 10 Months | | |
| Address of Employer  7890 East Kemper Road, Suite 220<br>Cincinnati, OH 45249-1657 | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $ 3,423.46 | $ |
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2.  Estimate monthly overtime | | |
| 3.  SUBTOTAL | $ 3,423.46 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $ 825.09 | $ |
|    b.  Insurance | $ | $ |
|    c.  Union dues | $ | $ |
|    d.  Other (Specify): _____ | $ | $ |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 825.09 | $ 0.00 |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $ 2,598.37 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8.  Income from real property | $ | $ |
| 9.  Interest and dividends | $ | $ |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11.  Social security or government assistance (Specify): _____ | $ | $ |
| 12.  Pension or retirement income | $ | $ |
| 13.  Other monthly income (Specify): _____ | $ | $ |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,598.37 | $ 0.00 |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,598.37 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

B6J (Official Form 6J) (12/07)

In re  Michael David White                        ,          Case No. _____
                **Debtor**                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 500.00 |
| a. Are real estate taxes included?  Yes _____  No _____ | | |
| b. Is property insurance included?  Yes _____  No _____ | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ _____ |
| b. Water and sewer | | $ _____ |
| c. Telephone | | $ _____ |
| d. Other _____ | | $ _____ |
| 3. Home maintenance (repairs and upkeep) | | $ _____ |
| 4. Food | | $ 692.40 |
| 5. Clothing | | $ 56.00 |
| 6. Laundry and dry cleaning | | $ 33.72 |
| 7. Medical and dental expenses | | $ 44.11 |
| 8. Transportation (not including car payments) | | $ 95.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 638.57 |
| 10. Charitable contributions | | $ 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ _____ |
| b. Life | | $ _____ |
| c. Health | | $ _____ |
| d. Auto | | $ _____ |
| e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ _____ |
| b. Other _____ | | $ _____ |
| c. Other _____ | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ _____ |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other _____ | | $ _____ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,140.13 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 2,598.37 |
| b. Average monthly expenses from Line 18 above | $ 2,140.13 |
| c. Monthly net income (a. minus b.) | $ 458.24 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Michael David White                ,          Case No. _____
                    **Debtor**                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  5/22/13                          Signature: _____
                                                            **Debtor**

Date _____          Signature: _____
                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                                  _____
                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: __Michael David White_____ ,          Case No. _____
                    Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

      **1.  Income from employment or operation of business**

None


      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                             SOURCE

B 7 (12/12)                                                                                               2

### 2. Income other than from employment or operation of business

None


State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. *If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Please see list attached.

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                           3

None
[✓]
    c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

Please see list attached.

None
[✓]
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None
[✓]
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B 7 (12/12)                                                                                          4

### 6. Assignments and receiverships



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

PLEASE SEE LIST ATTACHED.

### 8. Losses



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B 7 (12/12)                                                                              5

**9. Payments related to debt counseling or bankruptcy**



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Capital One PO Box 30285 Salt Lake City, UT 84130 | Credit Card 6047 $0 | 5/21/13 |

B 7 (12/12)

6

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1017 W Washington 7S Chicago IL 60607 | Michael White | 6/2008 to 4/2011 |

B 7 (12/12)                                                                                                                    7

**16.  Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B 7 (12/12)                                                                                                    8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

See Schedule
Attached



None   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                       ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19.  Books, records and financial statements



None   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                   DATES SERVICES RENDERED



None   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

---

**20. Inventories**

None

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                     OF INVENTORY
                                                     (Specify cost, market or other basis)

None

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES
                                               OF CUSTODIAN
                                               OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST      PERCENTAGE OF INTEREST

None

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                               NATURE AND PERCENTAGE
NAME AND ADDRESS        TITLE                   OF STOCK OWNERSHIP

---

B 7 (12/12)

**22 . Former partners, officers, directors and shareholders**



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |



b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[If completed by an individual or individual and spouse]*

B 7 (12/12)                                                                                                          11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___5/22/13___          Signature
                            of Debtor      _____

Date _____    Signature of
                            Joint Debtor
                            (if any)       _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature       _____

                            Print Name and
                            Title            _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___6___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

**United States Bankruptcy Court**

Northern _____ **District of** _____ Illinois _____

In re: Michael David White _____          Case No: _____
        Debtor(s)

## Continuation Page

Additional information is being provided, as shown below, for Form __B7__. The response(s) below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 3: Payments to Creditors

Capital One Credit Card Account # 5178058013596047

Date Amount

| Date | Amount |
| --- | --- |
| 2/26/2013 | $1,000 |
| 2/28/2013 | $500 |
| 3/5/2013 | $500 |
| 3/8/2013 | $500 |
| 4/8/2013 | $500 |
| 4/17/2013 | $250 |
| 5/10/2013 | $100 |
| 5/15/2013 | $100 |
| 5/17/2013 | $300 |
| Total | $3,750 |

This account is used to pay business expenses. They are refunded by my employer. I closed this account on 5/22/13.

I have made a deposit for a new secured credit card, but I have not activated the account, and therefore have not listed it as a creditor.

### United States Bankruptcy Court
Northern  **District of**  Illinois

In re: Michael David White _____      Case No: _____
Debtor(s)

### Continuation Page

Additional information is being provided, as shown below, for Form __B7__. The response(s) below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 4: Suits and Administrative Proceedings

| | Suit & Case # | nature of proceeding | Court & Location & Status |
|---|---|---|---|
| 1 | 0023711 | building violations | Cook County Circuit Court Unknown |
| 2 | 0025100 | building violations | Cook County Circuit Court Unknown |
| 3 | 0035033 | building violations | Cook County Circuit Court Unknown |
| 4 | 0037601 | building violations | Cook County Circuit Court Unknown |
| 5 | 0039415 | building violations | Cook County Circuit Court Unknown |
| 6 | 0104555 | building violations | Cook County Circuit Court Unknown |
| 7 | 0115396 | building violations | Cook County Circuit Court Unknown |
| 8 | 0131176 | building violations | Cook County Circuit Court Unknown |
| 9 | 138563 | building violations | Cook County Circuit Court Unknown |
| 10 | 9910740 | building violations | Cook County Circuit Court Unknown |
| 11 | 9928107 | building violations | Cook County Circuit Court Unknown |
| 12 | 0033105680 | building violations | Cook County Circuit Court Unknown |
| 13 | 0033545876 | building violations | Cook County Circuit Court Unknown |
| 14 | 0035010615 | building violations | Cook County Circuit Court Unknown |
| 15 | 00M1401589 | building violations | Cook County Circuit Court Unknown |
| 16 | 00M1401687 | building violations | Cook County Circuit Court Unknown |
| 17 | 01C021909 | building violations | Cook County Circuit Court Unknown |
| 18 | 01M1400520 | building violations | Cook County Circuit Court Unknown |
| 19 | 01M1401950 | building violations | Cook County Circuit Court Unknown |
| 20 | 01M1607095 | Parking Violations | Cook County Circuit Court Unknown |
| 21 | 02BS05789A | building violations | Cook County Circuit Court Unknown |
| 22 | 02CP007713 | building violations | Cook County Circuit Court Unknown |
| 23 | 02CP007714 | building violations | Cook County Circuit Court Unknown |
| 24 | 02CP02060A | building violations | Cook County Circuit Court Unknown |
| 25 | 02CP02061A | building violations | Cook County Circuit Court Unknown |
| 26 | 02CP02756A | building violations | Cook County Circuit Court Unknown |
| 27 | 02CP02757A | building violations | Cook County Circuit Court Unknown |
| 28 | 02DS009711 | building violations | Cook County Circuit Court Unknown |
| 29 | 03BS02559A | building violations | Cook County Circuit Court Unknown |
| 30 | 03CP016913 | building violations | Cook County Circuit Court Unknown |

**United States Bankruptcy Court**

__Northern__     **District of** _____Illinois_____

In re: Michael David White _____          Case No: _____
Debtor(s)

## Continuation Page

Additional information is being provided, as shown below, for Form __B7__.  The response(s) below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 4: Suits and Administrative Proceedings

| | | | |
|---|---|---|---|
| 31 | 03CP016914 | building violations | Cook County Circuit Court Unknown |
| 32 | 03CP047710 | building violations | Cook County Circuit Court Unknown |
| 33 | 03CP047711 | building violations | Cook County Circuit Court Unknown |
| 34 | 03CP061237 | building violations | Cook County Circuit Court Unknown |
| 35 | 03CP061238 | building violations | Cook County Circuit Court Unknown |
| 36 | 03M1400373 | building violations | Cook County Circuit Court Unknown |
| 37 | 03M1400733 | building violations | Cook County Circuit Court Unknown |
| 38 | 03M1403971 | building violations | Cook County Circuit Court Unknown |
| 39 | 04BNOO012A | building violations | Cook County Circuit Court Unknown |
| 40 | 04CP00307A | building violations | Cook County Circuit Court Unknown |
| 41 | 04CP00345A | building violations | Cook County Circuit Court Unknown |
| 42 | 04CP01434A | building violations | Cook County Circuit Court Unknown |
| 43 | 04CP01435A | building violations | Cook County Circuit Court Unknown |
| 44 | 04DS004787 | building violations | Cook County Circuit Court Unknown |
| 45 | 04DS006716 | building violations | Cook County Circuit Court Unknown |
| 46 | 04DS019184 | building violations | Cook County Circuit Court Unknown |
| 47 | 04M1610577 | building violations | Cook County Circuit Court Unknown |
| 48 | 05DS009751 | building violations | Cook County Circuit Court Unknown |
| 49 | 06BS03554A | building violations | Cook County Circuit Court Unknown |
| 50 | 06DS00508L | building violations | Cook County Circuit Court Unknown |
| 51 | 06DS007528 | building violations | Cook County Circuit Court Unknown |
| 52 | 07BS06253A | building violations | Cook County Circuit Court Unknown |
| 53 | 07M1402912 | building violations | Cook County Circuit Court Garnishment |
| 54 | 07M1642535 | building violations | Cook County Circuit Court Unknown |
| 55 | 08BS08854A | building violations | Cook County Circuit Court Unknown |
| 56 | 08DS003748 | building violations | Cook County Circuit Court Unknown |
| 57 | 08DS012184 | building violations | Cook County Circuit Court Unknown |
| 58 | 08M1402085 | building violations | Cook County Circuit Court Garnishment |
| 59 | 08M1656087 | building violations | Cook County Circuit Court Unknown |
| 60 | 08M1656841 | building violations | Cook County Circuit Court Unknown |
| 61 | 08M1665051 | building violations | Cook County Circuit Court Unknown |
| 62 | 08M1665538 | building violations | Cook County Circuit Court Unknown |
| 63 | 09CP000225 | building violations | Cook County Circuit Court Unknown |
| 64 | 09CP000226 | building violations | Cook County Circuit Court Unknown |
| 65 | 09CP000227 | building violations | Cook County Circuit Court Unknown |
| 66 | 09CP000228 | building violations | Cook County Circuit Court Unknown |
| 67 | 09CP000229 | building violations | Cook County Circuit Court Unknown |
| 68 | 09CP000230 | building violations | Cook County Circuit Court Unknown |
| 69 | 09CP000231 | building violations | Cook County Circuit Court Unknown |

**United States Bankruptcy Court**

_____Northern_____ **District of** _____Illinois_____

In re: Michael David White _____          Case No: _____
      Debtor(s)

**Continuation Page**

Additional information is being provided, as shown below, for Form __B7__.  The response(s)
below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 4: Suits and Administrative Proceedings

```
70  09CP000242   building violations   Cook County Circuit Court Unknown
71  09CP001980   building violations   Cook County Circuit Court Unknown
72  09CP001986   building violations   Cook County Circuit Court Unknown
73  09M1655210   building violations   Cook County Circuit Court Unknown
74  09M1656818   building violations   Cook County Circuit Court Unknown
75  09M1656824   building violations   Cook County Circuit Court Unknown
76  09M1656846   building violations   Cook County Circuit Court Unknown
77  09M1656849   building violations   Cook County Circuit Court Unknown
78  09M1657158   building violations   Cook County Circuit Court Unknown
79  09M1657160   building violations   Cook County Circuit Court Unknown
80  09M1657325   building violations   Cook County Circuit Court Unknown
81  09M1657485   building violations   Cook County Circuit Court Unknown
82  09M1657488   building violations   Cook County Circuit Court Unknown
83  09M1659905   building violations   Cook County Circuit Court Unknown
84  12DS44049L   building violations   Cook County Circuit Court Unknown
85  98M6004320   building violations   Cook County Circuit Court Unknown
86  13 M1 116074 credit card   Cook County Circuit Court Unknown
87  12M1169016   credit card   Cook County Circuit Court Unknown
```

**United States Bankruptcy Court**

_____ Northern _____ **District of** _____ Illinois _____

In re: Michael David White_____          Case No: _____
    Debtor(s)

**Continuation Page**

Additional information is being provided, as shown below, for Form __B7__.  The response(s) below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 7: Gifts

Numbers in brackets are gifts. Numbers with no brackets are return of funds.

```
1  James White Sr.  6/13/2012    $300.00
2  James White Sr.  6/18/2012    ($300.00)
3  James White Sr.  6/22/2012    ($1,500.00)
4  James White Sr.  7/20/2012    ($1,000.00)
5  James White Sr.  7/27/2012    ($500.00)
6  James White Sr.  8/13/2012    ($1,000.00)
7  James White Sr.  8/17/2012    ($400.00)
8  James White Sr.  8/24/2012    $2,000.00
9  James White Sr.  9/13/2012    $2,000.00
10 James White Sr.  11/27/2012   ($200.00)
11 James White Sr.  11/30/2012   ($500.00)
12 James White Sr.  12/3/2012    $700.00
13 James White Sr.  12/7/2012    ($500.00)
14 James White Sr.  12/18/2012   ($100.00)
15 James White Sr.  12/21/2012   $200.00
16 James White Sr.  1/3/2013     $200.00
17 James White Sr.  1/8/2013     $200.00
18 James White Sr.  3/14/2013    ($700.00)

   Total Gift to James White Sr.   ($1,100.00)
```

Mary J White   7/18/2012   $(1,000)

```
Stephen White   3/5/2012     $(250)
Stephen White   3/11/2012    $250
Stephen White   3/27/2012    $(1,000)
Stephen White   4/4/2013     $1,000
```

## United States Bankruptcy Court
_____ Northern _____ **District of** _____ Illinois _____

In re: Michael David White_____          Case No: _____
         Debtor(s)

## Continuation Page

Additional information is being provided, as shown below, for Form __B7__.  The response(s) below correspond to the question number from this Form and provide the information required:

"Statement of Financial Affairs"

Section 18: Nature, location and name of business

The majority of debts in this case derive from a business operated between 1992 and 2002. Incorporation took place in approximately 1996 under the name New Capital Inc. Tax ID 36-4006392.

New Capital Inc had a doing-business-as name of CityHome Inc. Related entities owned by New Capital included CityHome Secured Investment LLC and CityHome Construction LLC. New Capital is the only entity which filed tax returns.

All corporate entities failed in 2002. Any assets held by the company reverted to the debtor's personal name. New Capital or CityHome Secured Investment LLC are the named beneficiaries of land trusts which held approximately 30 properties in 2002. The trusts hold no properties of value at the present time of which the debtor is aware. The trusts are controlled by the lender, First Bank. The trusts are Chicago Title Land Trust 10061, 10062, 10063, 10064, 10310, 10311.

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re:  Michael David White _____

Case No: _____ (if known)

Chapter ___7___

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/their knowledge.

Date: 5/22/13 _____

Debtor   Michael David White

Date: _____

Joint Debtor

Afni Inc. Dept 555 PO Box 4115 Concord CA 94524

Allen Daniel Associates Inc. PO Box 541614 Waltham MA 02454-1614

Allen Maxwell & Silver 190 Sylvan Avenue Englewood Cliffs NJ 07632

Allied Interstate Inc. 3000 Corporate Exchange Dr 5th Floor Columbus OH 43231

Aspire  PO Box 23007 Columbus GA 31902-3007

Associated Recovery Systems PO Box 463023 Escondido CA 92046-0765

Blitt and Gaines, P.C. 661 W Glenn Ave Wheeling IL 60090

Budzik & Dynia, LLC 4849 N Milwaukee Ave. #801 Chicago IL 60630

Capital One PO Box 30285 Salt Lake City UT 84130-0285

Cardworks Servicing, LLC PO Box 9201 Old Bethpage NY 11804

CareCredit / GE Money Bank PO Box 960061 Orlando FL 32896-0061

Carson Smithfield, LLC PO Box 9216 Old Bethpage NY 11804

Cavalry Portfolio Services, LLC PO Box 1017 Hawthorne NY 10532

Central Portfolio Control, Inc.  6640 Shady Oak Rd #300 Eden Prairie MN 55344-7710

Chicago Title Land Trust Company 10 S LaSalle St #2750 Chicago IL 60603

City of Chicago 121 N LaSalle St Chicago IL 60602

ConEdison 4 Irving Place New York NY 10003

Constar Financial Services, LLC 3561 W Bell Rd Phoenix AZ 85053

Cook County  69 W Washington Chicago IL 60602

Credit Protection Association L.P.  25-20 Brooklyn Queens Expwy Woodside NY 11377

Dell Financial Services PO Box 81577 Austin TX 78708-1577

Diversified Adjustment Service, Inc. PO Box 32145 Fridley MN 55432

Dynia & Associates, LLC 4849 N Milwaukee Ave. #801 Chicago IL 60630

Echelon Recovery Inc. PO Box 1880 Vorhees NJ 08043

EOS CCA 700 Longwater Drive Norwell MA 02061

FBCS Services 2200 Byberry Rd Ste 120 Hatboro PA 19040-3737

Fidelis Recovery Solutions Inc. 120 Interstate North Parkway SE Atlanta GA 30339

Gastwirth & Mirsky, LLP 479 S Oyster Bay Rd Plainview NY 11803

Global Credit & Collection Corp PO Box 71083 Charlotte NC 28272-1083

HSBC  Payment Center POBox 17313 Baltimore MD 21297-1313

I.C. System 444 Highway 96 East Saint Paul MN 55127-2557

Illinois Dept of Revenue 101 W Jefferson Springfield IL 62702

Internal Revenue Service 230 S Dearborn Chicago IL 60604

J.C. Christensen & Associates, Inc. PO Box 519 Sauk Rapids MN 56379

Jacob Collection Group, LLC 2623 West Oxford Loop Oxford MS 38655-5442

John C. Bonewicz, P.C. 8001 N Lincoln Ave #402 Skokie IL 60077

Keyspan  One Metrotech Center 16th Floor Brooklyn NY 11201

Kreamer & Associates PO Box 505 Linden MI 48451-0505

Laser & Skin Surgery Center 317 East 34th Street 11 North New York NY 10016

Law Office LeSchack & Grodensky P.C. 20 Thomas St New York NY 10007

Law Office of Jay Geller 1 Monument Way #200 Portland ME 04101

Law Offices Blatt, Hasenmiller, Leibsker & Moore LLC 125 S Wacker Dr #400 Chicago IL 60606-4440

Law Offices James A. West, P.C. 6380 Rogerdale Rd #130 Houston TX 77072-1647

Linegarger Goggan Blair & Sampson, LLP P.O. Box 06140 Chicago IL 60606-0140

Markoff Law LLC, 29 N Wacker Drive #550, Chicago IL 60606

Merrick Bank  PO Box 5721 Hicksville NY 11802-5721

Midland Credit Management, Inc. Dept 12421 PO Box 603 Oaks PA 19456

Midwest Neuropsychiatric Associates, LTD. 1725 W Harrison #744 Chicago IL 60612-3885

National Credit Adjusters PO Box 3023 Hutchinson KS 67504-3023

National Recovery Solutions, LLC PO Box 322 Lockport NY 14095-0322

NCO Finanacial Systems Inc 507 Prudential Rd Horsham PA 19044

NCO Finanacial Systems Inc PO Box 12100 Dept 64 Trenton NJ 08650

NCO Finanacial Systems Inc PO Box 4906 Dept 64 Trenton NJ 08650

Northland Group Inc. PO Box 390846 Minneapolis MN 55439

Orchard Bank HSBC Card Services PO Box 80084 Salinas CA 93912-0084

PayPal Buyer Credit PO Box 965004 Orlando FL 32896-5004

Precision Recovery PO Box 42829 Austin TX 78704

Receivable Management Services PO Box 20543 Lehigh Valley PA 18002

Riexinger & Associates, LLC PO Box 956188 Duluth GA 30095-9504

Rotman & Elovitz LTD 134 N LaSalle St Chicago IL 60602

RUI Credit Services PO Box 1349 Melville NY 11747-0422

Shindler Law Firm 1990 E Algonquin Rd #180 Schaumberg IL 60173

Spice Towers LLC 1274 49th St #117 Brooklyn NY 11219

Sprint PO Box 660092 Dallas TX 75266-0092

SRA Associates, Inc. 401 Minnetonka Rd Hi Nella NJ 08083

Sunrise Credit Services, Inc PO Box 9100 Farmingdale NY 11735-9100

Sysnet Credit Management, Inc. PO Box 15 Westfield NJ 07091

Time Warner Cable 41-61 Kissena Blvd Flushing NY 11355-3189

United Recovery Systems LP PO Box 6403 Carol Stream IL 60197-6403

United Recovery Systems LP PO Box 722929 Houston TX 77272-2929

Valentine & Kebartas, Inc. PO Box 325 Lawrence MA 01842

Vision Financial Corp PO Box 460260 St. Louis MO 63146-7260

West Asset Management PO Box 790113 St Louis MO 63179-0113